Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletree.com
Elody C. Tignor
Nevada Bar No. 15663
elody.tignor@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Georgia-Pacific Gypsum LLC*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KARL M. JORDAN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>GEORGIA-PACIFIC GYPSUM LLC, a foreign limited-liability company; AND DOES 1-50, and ROE CORPORATIONS 51-100, inclusive,<br><br>Defendant. | Case No.:  2:22-CV-01732-JCM-EJY<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR 6-1 and LR 6-2, Defendant Georgia-Pacific Gypsum LLC ("Defendant" or "GP") and Plaintiff Karl M. Jordan ("Plaintiff" or "Jordan") (collectively, the "Parties"), by and through their respective counsel, herby respectfully submit this Stipulation and Order Extending Time for Defendant to Answer or Otherwise Respond to Plaintiff's Complaint (the "Stipulation"). This is the first request for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint.

Defendant just recently retained Ogletree, Deakins, Nash, Smoak & Stewart, P.C. as their counsel for this matter. The instant extension is made in good faith and is requested to provide Defendant time in which to prepare an answer or otherwise respond to the Complaint.

The Parties stipulate and agree to a ten (10) day extension of time from Tuesday, November 8, 2022, up through and including **Friday, November 18, 2022**, for Defendant to respond to Plaintiff's Complaint. By entering into this Stipulation, none of the Parties waive any rights they have under statute, law, or rule with respect to Plaintiff's Complaint.

IT IS SO STIPULATED:

| | |
|---|---|
| DATED this 16th day of November, 2022. | DATED this 16th day of November, 2022. |
| WATKINS & LETOFSKY, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ *Caryn R. Schiffman* | /s/ *Anthony L. Martin* |
| Daniel R. Watkins, Esq.<br>Nevada Bar No. 11881<br>Caryn R. Schiffman, Esq.<br>Nevada Bar No. 14610<br>8935 S. Pecos Rd.,<br>Ste 22A<br>Henderson, NV 89074 | Anthony L. Martin<br>Nevada Bar No. 8177<br>Elody C. Tignor<br>Nevada Bar No. 15663<br>10801 W. Charleston Blvd.,<br>Suite 500<br>Las Vegas, NV 89135 |
| *Attorney for Plaintiff* | *Attorneys for Defendant Georgia-Pacific Gypsum LLC* |

**ORDER**

IT SO ORDERED,

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 16, 2022

2