AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Karl M Jordan

                        Plaintiff,

v.

Georgia-Pacific Gypsum LLC

                        Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-01732-JCM-EJY

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Defendant and against Plaintiff. Case closed.

01/27/2025

Date

DEBRA K. KEMPI

Clerk

ALZ

Deputy Clerk